# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| CHARLES M. LLEWLYN, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-107 |
| v. | * | |
| TRACY JOHNS, | * | |
| Respondent. | * | |

## ORDER

This matter comes before the Court on Petitioner Charles Llewlyn's ("Llewlyn") Motion to Dismiss his 28 U.S.C. § 2241 Petition. Dkt. No. 11. Llewlyn states he has been transferred to another facility, effectively mooting his Petition. Id. at p. 1. Based on Federal Rule of Civil Procedure 41(a), the Court **GRANTS** Llewlyn's Motion and **DISMISSES without prejudice** Llewlyn's 28 U.S.C. § 2241 Petition. Scott v. Speights, No. CA 14-0189, 2014 WL 2993726 (S.D. Ala. July 4, 2014) (recognizing applicability of Rule 41(a) to § 2241 petitions).

AO 72A
(Rev. 8/82)

The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter an appropriate judgment of dismissal.

    **SO ORDERED**, this \_\_\_1\_\_\_ day of \_\_December\_\_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)