AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHARLES M. LLEWLYN,

    Petitioner,

    v.

TRACY JOHNS,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 520-107

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 1, 2020, Petitioner Llewlyn's Motion to Dismiss is hereby GRANTED; therefore, Petitioner's 28 U.S.C. § 2241 Petition is DISMISSED without prejudice. This case stands CLOSED.

Approved by: _____

December 3, 2020
Date

John E. Triplett, Acting Clerk
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020